**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MATTHEW KREUSER, derivatively on behalf of GOHEALTH, INC., <br><br> Plaintiff, <br><br> v. <br><br> CLINTON P. JONES, TRAVIS J. MATTHIESEN, BRANDON M. CRUZ, JOSEPH G. FLANAGAN, HELENE D. GAYLE, JEREMY W. GELBER, ANITA V. PRAMODA, MIRIAM A. TAWIL, and ALEXANDER E. TIMM, <br><br> Individual Defendants, <br><br> and <br><br> GOHEALTH, INC., <br><br> Nominal Defendant. | No. 1:21-cv-02716 <br><br> Judge Gary Feinerman <br><br> Magistrate Judge Sunil Harjani |

**JOINT MOTION TO STAY THIS ACTION**

Matthew Kreuser ("Plaintiff"), Clinton P. Jones, Travis J. Matthiesen, Brandon M. Cruz, Joseph G. Flanagan, Helene D. Gayle, Jeremy W. Gelber, Anita V. Pramoda, Miriam A. Tawil, Alexander E. Timm ("Individual Defendants"), and GoHealth, Inc. ("GoHealth" or "Nominal Defendant") submit this Joint Motion To Stay This Action, stating as follows:

1. On May 19, 2021, Plaintiff, derivatively on behalf of GoHealth, filed a verified shareholder derivative complaint ("Derivative Complaint"), commencing this action, against the Individual Defendants and GoHealth.

2. Prior to this, on September 21, 2020, another plaintiff, Helen Hudson, filed a purported class action against GoHealth, Clinton P. Jones, Brandon M. Cruz, Travis J. Matthiesen, and others in the Northern District of Illinois, case number 1:20-cv-05593, which is still pending ("Hudson case").

3. On February 25, 2021, a consolidated complaint was filed in the Hudson case.

4. As of now, the briefing on the motion to dismiss in the Hudson case will be completed by July 6, 2021.

5. Plaintiff in this action believes that the allegations in the Hudson case and the present action are similar.

6. Plaintiff, Individual Defendants, and Nominal Defendant agree to stay this action, arising out of the Derivative Complaint, until resolution of the motion to dismiss in the Hudson case.

7. Once the motion to dismiss in the Hudson case has been resolved, Plaintiff, Individual Defendants, and Nominal Defendant will meet and confer regarding a schedule in this action, including deadlines to answer or otherwise respond to the Derivative Complaint.

8. Individual Defendants hereby accept service of the Derivative Complaint.

9. Plaintiff, Individual Defendants, and Nominal Defendant reserve all rights, arguments,

and defenses in this action, and waive none, including, but not limited to, those under Federal Rule of Civil Procedure 12 or related to venue or forum based on Article XII of GoHealth's Amended and Restated Certificate of Incorporation.

10. Plaintiff, Individual Defendants, and Nominal Defendant agree to stay all deadlines in this case, including, but not limited to, deadlines to answer or otherwise respond to the Derivative Complaint under Federal Rule of Civil Procedure 12 or in relation to venue or forum based on Article XII of GoHealth's Amended and Restated Certificate of Incorporation.

11. Neither Plaintiff nor Individual Defendants nor Nominal Defendant will be prejudiced by this Court granting the requested relief, and the interests of justice favor the entry of such orders.

WHEREFORE, Plaintiff, Individual Defendants, and Nominal Defendant jointly and respectfully request that the Court grant their Joint Motion To Stay This Action and stay all deadlines in this matter, including, but not limited to, those to answer or otherwise respond to the Derivative Complaint under Federal Rule of Civil Procedure 12 or in relation to venue or forum based on Article XII of GoHealth's Amended and Restated Certificate of Incorporation, pending resolution of the motion to dismiss in the Hudson case. Plaintiff, Individual Defendants, and Nominal Defendant request such other relief as the Court deems appropriate.

Dated: June 16, 2021                         Respectfully submitted,

By: */s/ Matthew W. Walch*
Matthew W. Walch, One of the Attorneys for Individual Defendants and Nominal Defendant

Matthew W. Walch (ARDC No. 6226308)
matthew.walch@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Tel: 312-876-7700
Fax: 312-993-9767

Christopher J. Clark (pro hac vice forthcoming)
chris.clark@lw.com
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Tel: 212-906-1200
Fax: 212-751-4864

*Counsel for Individual Defendants and Nominal Defendant*

By: */s/ Carl V. Malmstrom* (with consent)
Carl V. Malmstrom
malmstrom@whafh.com
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
111 W. Jackson Street, Suite 1700
Chicago, IL 60604
Tel: (312) 984-0000
Fax: (312) 214-3110

Phillip Kim
pkim@rosenlegal.com
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 40th Floor
New York, NY 11771
Tel: (212) 686-1060
Fax: (212) 202-3827

Timothy Brown
tbrown@thebrownlawfirm.net
THE BROWN LAW FIRM, P.C.
767 Third Avenue, Suite 2501
New York, NY 10017
Tel: (516) 922-5427
Fax: (516) 344-6204

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Matthew W. Walch, certify that on June 16, 2021, a true and correct copy of the Joint Motion To Stay This Action was filed through the CM/ECF system, which caused notice to be sent to all counsel of record.

*/s/ Matthew W. Walch*
Matthew W. Walch
of LATHAM & WATKINS LLP
