## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Matthew Kreuser

                    Plaintiff,

v.                                      Case No.: 1:21–cv–02716
                                                    Honorable Gary Feinerman

Clinton P. Jones, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 21, 2021:

      MINUTE entry before the Honorable Gary Feinerman: The motion for leave to appear pro hac vice [8] is granted. The joint motion to stay [7] is granted. This case is stayed pending resolution of the motion to dismiss in Case No. 20 C 5593 (N.D. Ill.). By 7/15/2021, the parties shall file a joint status report regarding the motion to dismiss in Case No. 20 C 5593 (N.D. Ill.). Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.