IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MATTHEW KREUSER, Derivatively on Behalf of GOHEALTH, INC., <br><br> Plaintiff, <br><br> v. <br><br> CLINTON P. JONES, TRAVIS J. MATTHIESEN, BRANDON M. CRUZ, JOSEPH G. FLANAGAN, HELENE D. GAYLE, JEREMY W. GELBER, ANITA V. PRAMODA, MIRIAM A. TAWIL, and ALEXANDER E. TIMM, <br><br> Defendants, <br><br> and <br><br> GOHEALTH, INC., <br><br> Nominal Defendant. | Case No. 1:21-cv-02716 <br><br> Hon. Jeremy C. Daniel |

**PLAINTIFF'S UNOPPOSED MOTION FOR**
**PRELIMINARY APPROVAL OF SETTLEMENT**

Plaintiff Matthew Kreuser ("Plaintiff") in the above-captioned shareholder derivative action (the "Action") hereby moves this Court, pursuant to Rule 23.1 of the Federal Rules of Civil Procedure, for entry of an order: (1) granting preliminary approval of the proposed Settlement as set forth in the Stipulation and Agreement of Settlement dated December 19, 2025 (the "Stipulation")[1]; (2) approving the Parties' proposed method of providing notice of the

---

[1] Unless otherwise defined herein, all defined terms shall have the meanings as set forth in the Stipulation, which is attached as Exhibit 1 to the accompanying Declaration of Timothy Brown in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Settlement.

1

Settlement to GoHealth, Inc. ("GoHealth") shareholders and the contents of such notice; (3) scheduling a hearing, at which time the Court will consider whether the proposed Settlement should be finally approved; and (4) granting such other relief as the Court deems just and proper.

In connection with preliminary approval of the Settlement, Plaintiff requests that the Court establish dates by which, among other things, notice of the Settlement will be disseminated to GoHealth's shareholders, GoHealth's shareholders may comment on the Settlement, and the final Settlement Hearing will occur. As set forth in the proposed Preliminary Approval Order, Plaintiff proposes the schedule set forth below:

| | |
|---|---|
| GoHealth to: (1) publish the Summary Notice one time in *Investor's Business Daily*; (2) provide disclosure of the proposed Settlement through, at the Company's discretion, in its next Form 10-Q or in a Current Report on Form 8-K; and (3) post the Notice and Stipulation and exhibits thereto to the investor relations page of the Company's website, where they will remain posted through the date of the Settlement Hearing | Within fifteen (15) days after the entry of the Preliminary Approval Order |
| Filing of Defendants' Counsel's affidavit or declaration with respect to the posting, issuance, and filing of the notice of the Settlement | At least seven (7) days prior to the Settlement Hearing |
| Filing of Plaintiff's motion for final approval of the Settlement, Fee and Expense Award, and Service Award | At least twenty-eight (28) days prior to the Settlement Hearing |
| Last day for current GoHealth shareholders to object and/or comment on the Settlement | At least twenty-one (21) days prior to the Settlement Hearing |
| Filing of responses to objections, if any | At least seven (7) days prior to the Settlement Hearing |
| Settlement Hearing | Approximately fifty-five (55) days after the entry of the Preliminary Approval Order |

The Parties' agreed-upon form of proposed Preliminary Approval Order is attached as

2

Exhibit B to the Stipulation. Plaintiff respectfully requests that the Court enter the proposed Preliminary Approval Order and insert a date for the final settlement hearing in paragraph 3.

In support of this motion, Plaintiff relies upon the accompanying Brief in Support, the Declaration of Timothy Brown in Support, the Stipulation and exhibits annexed thereto, and all prior pleadings and proceedings.

Defendants do not oppose the relief sought in this motion.

Dated: December 23, 2025          Respectfully submitted,

*/s/ Carl V. Malmstrom*
Carl V. Malmstrom
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLC**
111 West Jackson, Suite 1700
Chicago, IL 60604
Telephone: (312) 984-0000
Email: malmstrom@whafh.com

Timothy Brown
**THE BROWN LAW FIRM, P.C.**
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 992-5427
Email: tbrown@thebrownlawfirm.net

*Counsel for Plaintiff*

3